UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LAWRENCE DOBROFF,

                                Plaintiff,                Docket No. 21-cv-01567(DRH)(ST)

                        -against-                            **AFFIRMATION OF AUSTIN GRAFF IN SUPPORT OF MOTION TO DISMISS**

HEMPSTEAD UNION FREE SCHOOL DISTRICT, HEMPSTEAD UNION FREE SCHOOL DISTRICT SCHOOL BOARD, RANDY STITH, individually and in his official capacity, and REGINA ARMSTRONG, individually and in her official capacity,

                                Defendants.
------------------------------------------------------------------X

        AUSTIN GRAFF, an attorney admitted to practice law before this Court, who is not a party to this Action, affirmed to be true under penalties of perjury says:

        1.     I am associated with The Scher Law Firm, LLP, the attorneys for the Defendants HEMPSTEAD UNION FREE SCHOOL DISTRICT, HEMPSTEAD UNION FREE SCHOOL DISTRICT SCHOOL BOARD, RANDY STITH, individually and in his official capacity, and REGINA ARMSTRONG, individually and in her official capacity, (collective referred to as "Defendants"), in the above-entitled Action, and am familiar with the relevant facts and circumstances surrounding the allegations that comprise this litigation based upon the records maintained by my office regarding this matter. I submit this Affirmation in support of the Defendants' Motion to Dismiss.

        2.     The Defendants rely relies upon the following exhibits in support of their Motion:

            (a)    **Exhibit A** is a copy of the Amended Complaint; and

            (b)    **Exhibit B** is a copy of the District's anti-discrimination policy;

        3.     For the reasons argued in the accompanying Memorandum of Law, the Defendants' Motion should be granted.

1

**WHEREFORE,** the Defendants respectfully request that the Court grant the Defendants' Motion, as well as such other and further relief as may be just and proper.

Dated:     Carle Place, New York
           July 8, 2021

Austin Graff