EXHIBIT C

1

2   --------------------------------X

3   50-H HEARING IN THE MATTER OF:

4   LAWRENCE DOBROFF,

5                           Claimant,

6                    -against-

7   HEMPSTEAD UNION FREE SCHOOL DISTRICT, REGINA
    ARMSTRONG, MARIBEL TOURE, GWENDOLYN JACKSON,
8   DAVID B. GATES, LAMONT JOHNSON, RANDY STITH,
    JACK BIERWIRTH,

9                           Respondents.

10  --------------------------------X

11                                One Old Country Road
                                  Carle Place, New York
12
                                  January 22, 2019
13                                10:00 a.m.

14

15          EXAMINATION of LAWRENCE DOBROFF, the

16  Claimant herein, held at the above-mentioned

17  time and place, taken before Lynn Luckman, a

18  Notary Public and Shorthand Reporter within and

19  for the State of New York.

20

21

22

23

24                    SANDY SAUNDERS REPORTING
                254 South Main Street, Suite 216
25                New City, New York 10956
                        (845) 634-7561

COPY

2

1

2          A P P E A R A N C E S :

3     TAND & ASSOCIATES

4          Attorneys for the Claimant

5          1025 Old Country Road, Suite 314

6          Westbury, New York 11590

7     BY:  HOPE SENZER-GABOR, ESQ.

8

9     THE SCHER LAW FIRM, LLP

10         Attorney for the Respondents

11         One Old Country Road, Suite 385

12         Carle Place, New York 11514

13    BY:  AUSTIN GRAFF, ESQ.

14

15

16

17

18

19

20

21

22

23

24





3

LAWRENCE DOBROFF

1

2          L A W R E N C E   D O B R O F F, the

3   Claimant herein, after having been previously

4   duly sworn by a Notary Public of the State of

5   New York was examined and testified as follows:

6

7   BY THE REPORTER:

8          Q.   Please state your full name for the

9   record.

10          A.   Lawrence Dobroff.

11          Q.   Please state your present address for

12   the record.

13          A.   15 Southwick Court North, Plainview,

14   New York 11803.

15                 (Whereupon, Plaintiff's

16                 Exhibit 1, Notice of Claim, was

17                 marked for identification

18                 before the proceedings began.)

19   EXAMINATION BY

20   MR. GRAFF:

21          Q.   Good morning, Mr. Dobroff.

22          A.   Good morning, sir.

23          Q.   My name is Austin Graff and I am an

24   attorney who represents the Hempstead Union Free

25   School District, and I also represent Regina

4

LAWRENCE DOBROFF

1 Armstrong, Maribel Toure, Gwendolyn Jackson,

2 David B. Gates, Lamont Johnson, Randy Stith and

3 Jack Bierwirth in this matter.

4

5      I'm going to be asking you some

6 questions today.  If there's anything that I ask

7 you that you don't understand, please stop me.

8 If you answer a question, I will assume that you

9 understood the question that I am asking you.

10      Your responses have to be verbal as

11 the court reporter cannot take down a non-verbal

12 response.  If you need to take a break at any

13 time, please answer the last question that was

14 pending and if there is no question then

15 pending, we can do that.

16      Is there anything that prevents you

17 from being able to tell the truth today such as

18 medication, drugs or alcohol?

19      A.  No.

20      Q.  In the last 24 hours, have you

21 consumed any alcohol?

22      A.  No.

23      Q.  Are you on any prescription

24 medication?

25      A.  Yes.

5

LAWRENCE DOBROFF

1

2      Q.   What prescription medication?

3      A.   Blood pressure and cholesterol.

4      Q.   Would those medications have any

5   effect on your ability to tell the truth today?

6      A.   I don't think so.

7      Q.   I'm going to show you what has been

8   previously marked as Respondent's Exhibit 1 of

9   today's date before the deposition began.

10  (handing)

11          Do you recognize this document, sir?

12      A.   Yes.

13      Q.   What do you recognize this document

14   to be?

15      A.   This document is a claim for damages

16   against the School District and I am the

17   claimant.

18      Q.   If you would go to the last page of

19   that document, is that your signature above

20   your typed name?

21      A.   Yes, it is.

22      Q.   You signed it before a notary public;

23   correct?

24      A.   I did.

25      Q.   If you would just go to the second to

6

LAWRENCE DOBROFF

1   last page, there is a signature on that page.

2   Is that your signature?

3       A.   It is.

4       Q.   You signed it on July 16, 2018;

5   correct?

6       A.   I did.

7       Q.   Did you write that date, July 16,

8   2018?

9       A.   I did.

10      Q.   Before you signed this document, did

11  you review it?

12      A.   I did.

13      Q.   At the time that you signed this

14  document, was everything truthful in it?

15      A.   It was.

16      Q.   Has anything changed that would make

17  it inaccurate at this time?

18      A.   Let me just review it.

19      Q.   Please feel free.

20      A.   (Peruses) Just a few points.  It's of

21  the comments.  Obviously, I haven't been tenured

22  yet.  I was on a tenure track, whether that is

23  considered to be the same thing or not, I don't

24  know.  That is obviously the case that I've been




7

LAWRENCE DOBROFF

1    there less than four years and a need for tenure

2    at this stage, that was the first comment.  The

3    second comment is -- -- did I miss it?  Oh, it

4    says, oh, on page 2 "Respondent's unlawful and

5    discriminatory behavior commenced in or around

6    August of 2017, and continues to present day,"

7    which was July 16th and I'm not too sure if that

8    is actually correct.  I was terminated on May

9    21st.  I'm not sure that that technically is

10   right or wrong.

11        Q.   We will go through it.  I just want

12   to know if those were the only two changes -- --

13        A.   Those were the two changes that kind

14   of jumped out at me.

15        Q.   On the first page it says "Attorneys

16   for claimant is Leeds Brown Law.  Is that

17   currently your attorney?

18        A.   No, they are not currently my

19   attorney.

20        Q.   What is the name of the law firm that

21   is currently representing you?

22        A.   Tand and Associates.

23        Q.   What date were you hired by the

24   District?



8

```
 1          LAWRENCE DOBROFF
 2    A.   I commenced employment on August 1,
 3  2017.
 4    Q.   When you say that you "commenced
 5  employment," were you hired on that date?
 6    A.   No, I was hired on or about July 26,
 7  2017.  I started the following Tuesday and that
 8  would have been August 1st.
 9    Q.   What was the last date that you
10  worked for the District?
11    A.   How do you define the term "work"?
12    Q.   When was the last time that you were
13  in the District performing your duties in your
14  position in the District?
15    A.   Do you mean in the District as
16  opposed to being at home working?
17    Q.   Yes, right.
18    A.   The last time I was in the District
19  was the first Friday in March, which I think was
20  March 1st or 2nd.  I don't remember the exact
21  date.
22    Q.   After that March 1st or 2nd date, did
23  you perform any duties for the District not on
24  District property?
25    A.   I was told that I was assigned to
```

9

LAWRENCE DOBROFF

1    home and - - -

2    Q.   Were you given any work to perform

3    while you were assigned at home?

4    A.   I don't believe that I was.

5    Q.   What was the date that the District

6    terminated your employment?

7    A.   The last date - - - what is the

8    question?  Is the question the last date when I

9    was notified?

10   Q.   When was the last date that you ever

11   made - - -

12   A.   I believe it was May 21st.

13   Q.   Would that be 2017?

14   A.   2017, yes.

15   Q.   Do you know when the Board approved

16   your termination?

17   A.   According to this (indicating) and I

18   haven't looked at it lately, it was on or about

19   April 19th of 2018.

20   Q.   Were you told by anyone why you were

21   fired?

22   A.   I received a letter in the mail as to

23   the cause.

24   Q.   Do you remember what the letter said?





10

LAWRENCE DOBROFF

1       A.   I don't remember what the letter said

2    at this stage.

3       Q.   Do you know who the letter was

4    written by or who signed the letter?

5       A.   There were a couple of different

6    letters and I'm not exactly sure of what you are

7    referring to.  One was from Regina Armstrong,

8    and I think that was the notice from Jonathan

9    Scher and I don't know which one you are

10   referring to.

11      Q.   Did the letter from Regina Armstrong

12   claim why you were terminated?

13      A.   I would have to re-read that letter

14   to tell you for sure.  I believe it did, but I

15   can't say with 100 percent certainty.

16      Q.   The letter from Jonathan Scher, did

17   that letter explain to you why you were

18   terminated?

19      A.   I don't remember the exact letter and

20   I would have to re-read it.

21      Q.   When you commenced your employment

22   with the District, and when I say "the

23   District," you understand that I mean the

24   Hempstead Union Free School District - - -

11

LAWRENCE DOBROFF

1

2      A.   Yes.

3      Q.   (Continuing)   What was your job title

4  when you were hired?

5      A.   I believe it was assistant

6  superintendent for business and operations, but

7  it could have been assistant for finance.   I

8  think that it was the assistant superintendent

9  for business and operations.

10     Q.   At any point, did that change?

11     A.   No.

12     Q.   On page 2 of your Notice of Claim,

13  you talked about an earlier claim about not

14  being tenured; you were not tenured in your

15  position?

16     A.   Not tenured, but I was on the tenure

17  track.

18     Q.   You are not making a claim that you

19  should have received tenure, are you?

20     A.   Not at that time.

21     Q.   Also on page 2 it says that you were

22  wrongfully terminated.   What was wrongful about

23  your termination?

24     A.   I believe as the Notice claims that

25  it was due to discrimination based upon race and





12

LAWRENCE DOBROFF

1  age, disability and religion.

2

3     Q.   Did you have an employment contract

4  with the District?

5     A.   Did not have any contract with the

6  District, but that was in violation of the State

7  Controller's guidelines.

8     Q.   Do you know what specific guidelines

9  it violated?

10    A.   No, I don't know exactly.   But, I was

11  told that the Controller's Office came down on

12  the District for not having contracts in place

13  for the assistant superintendents.   I was not

14  the only assistant superintendent, none of the

15  assistant superintendents had contracts.

16    Q.   Did the Controller make that claim

17  while you were employed by the District?

18    A.   I don't know for sure.

19    Q.   Do you know whether it was after you

20  were employed by the District?

21    A.   It could have been during or after my

22  employment and I don't know for 100 percent

23  certainty.

24    Q.   Who told you about the Controller's

25  statement?

13

LAWRENCE DOBROFF

1    A.   I don't remember.

2    Q.   Were you a member of any of the

3    District's unions?

4    A.   No.

5    Q.   As part of the Notice of Claim, you

6    are naming Regina Armstrong as a respondent.

7    What is the basis for claiming Regina Armstrong?

8    A.   Ms. Armstrong was the superintendent

9    responsible for the actions of the District.

10   Q.   Did she do anything personally to you

11   while you were employed that you are making a

12   claim against her?

13   A.   Well, I believe that her interactions

14   or her lack of management put me in very bad

15   spot.  So, in that regard, yes.

16   Q.   How did her "lack of management" put

17   you in a bad spot?

18   A.   She didn't act as a superintendent

19   running the District.

20   Q.   What did she do?

21   A.   We hardly ever spoke in a substantive

22   manner and Jack Bierwirth was basically running

23   the show.

24   Q.   You named Maribel Toure as a





14

LAWRENCE DOBROFF

1    respondent.  Why did you name her as a

2    respondent?

3

4        A.  Because she was on the Board.

5        Q.  Did she do anything personally to

6    you?

7        A.  No.

8        Q.  You named Gwendolyn Jackson as a

9    respondent.  Why did you make her -- --

10       A.  She was also on the Board.

11       Q.  Did she do anything personally to

12   you?

13       A.  No.

14       Q.  David B. Gates is one of the

15   respondents.  Why did you name him?

16       A.  David B. Gates, I thought was nasty

17   and looking for a fight in Board meetings and

18   sometimes in executive session.  I will leave it

19   at that.

20       Q.  Did he do anything to you personally

21   to make you name him as a respondent?

22       A.  Other than his comments and riling

23   the audience, and it makes a very hostile

24   environment.  As far as that I would say those

25   are the issues that I had with him.





LAWRENCE DOBROFF

1
2     Q.   What comments did he make?

3     A.   He was always -- -- it was like when

4  you had to go to a Board meeting, his comments

5  were always looking to stir up the audience.

6     Q.   Did he do anything to you publicly?

7     A.   He had made comments about me

8  publicly that were looking to make me look bad.

9     Q.   Do you remember anything

10 specifically?

11    A.   It had to do with the fact that we

12 were looking at putting in some buildings and I

13 did the calculations as far as what the tax

14 package would be on this huge deal.  He was

15 just -- -- he was wrong and I just -- -- he

16 makes me -- -- he tried to make me look stupid

17 in the sense that I did the calculations based

18 on the values, on the average values.  He was

19 like "Why don't you take this or that?"  There

20 was no rhyme or reason for it otherwise, just

21 looking for an argument.

22    Q.   Were his comments made in public

23 session or general session?

24    A.   Public session.

25    Q.   Do you remember the dates of any of





16

LAWRENCE DOBROFF

1  those comments?

2      A.   No.  I don't know, but it would have

3  been sometime in -- -- I'm thinking sometime in

4  December, December 8th, but I'm not 100 percent

5  certain.

6      Q.   Would that have been December of

7  2017?

8      A.   2017, correct.

9      Q.   Are there any other reasons that you

10 have about Dr. Gates that made you name him as

11 a respondent?

12     A.   No.

13     Q.   You also named Lamont Johnson as a

14 respondent.  Why did you name him as a

15 respondent?

16     A.   Because he was on the Board.

17     Q.   Did he do anything personally to you?

18     A.   No.

19     Q.   You also named Randy Stith as a

20 respondent.  Why did you name him?

21     A.   He was anti-Semitic.  It was those

22 comments that he made.

23     Q.   What comments did he make?

24     A.   He made anti-Semitic comments at





17

LAWRENCE DOBROFF

1   Board meetings in public.  He made comments as

2   to a meeting that the superintendent had on a

3   Sunday, and I think it was September 17th of

4   2017 and then he made an anti-Semitic comment to

5   me in private when he came into my office

6   sometime in September or October.

7   Q.   Let's start with the one that he made

8   privately:   What did he say to you?

9   A.   I was talking, and he didn't realize

10  that I was Jewish at the time and he made a

11  comment about superintendents not belonging

12  here, not being part of the community and not

13  being wanted.

14  Q.   Are you talking about Shimon

15  Waronker?

16  A.   Yes, I am.

17  Q.   What makes you believe that those

18  were words that were anti-Semitic?

19  A.   At the time I wasn't 100 percent, but

20  it was the lead on other events that just added

21  up.

22  Q.   What were those "added up" events

23  that occurred after the private comments?

24  A.   Well, I can't say with certainty, but





18

LAWRENCE DOBROFF

1    I believe it was either before or after

2    September 17th, that meeting.  I'm not 100

3    percent certain but it was at that point in time

4    that I knew where he was coming from.  But,

5    being that he was in the minority on the Board,

6    I really didn't care that much.

7        Q.   What happened at the September 17th

8    meeting?

9        A.   He got up in the audience and was

10   talking about how the superintendent had this

11   meeting on a Sunday which was his Sabbath and

12   why did they have it on a Saturday, "That's your

13   Sabbath, and I don't care about your Sabbath."

14   He was in the audience trying to get them riled

15   up.

16       Q.   When you were referring to him

17   talking about the Sabbath, were you talking

18   about you or Dr. Waronker?

19       A.   I was talking in general, he was

20   probably directing the comments towards the

21   superintendent.

22       Q.   Would that be Dr. Waronker?

23       A.   Dr. Waronker.

24       Q.   You said that this was at that





19

LAWRENCE DOBROFF

1   September meeting, right?

2       A.   Yes, the private meeting.

3       Q.   Were there any other meetings?

4       A.   In January, sometime in January, that

5   was in December maybe, the last Saturday in

6   December.  I received a phone call from Timothy

7   Gregg who was then the head of facilities.  He

8   told me that a pipe had burst at the Prospect

9   School.  So, I went down there on that Saturday

10  morning to check on the situation and Regina

11  Armstrong was also there, Jack Bierwirth was

12  there, and Timothy Gregg obviously was there.

13  Glenda Jackson also came, and Randy Stith came

14  and we looked at the situation.

15      It was my responsibility because I

16  knew the superintendent, because I knew it was

17  on the Sabbath and he could not attend.  I

18  wanted to go to report back to him that night or

19  on Sunday morning so that he would be up to

20  speed.  It was the following meeting that Randy

21  Stith, who knew the superintendent was Orthodox

22  and couldn't come on Saturday which was just

23  playing to the audience.  There were a lot of

24  anti-Semitic comments in the audience and riling

20

LAWRENCE DOBROFF

1  them up and making it very uncomfortable and a

2  hostile environment.  Plus, the gunshots at the

3  Board meeting made for a very hostile work

4  environment.

5

6      Q.  Were the comments that you are

7  alleging that were anti-Semitic, were they

8  addressed to you or Dr. Waronker?

9      A.  To Dr. Waronker.  However, I will say

10 that when you're in a situation playing to a

11 hostile audience and you are making comments

12 that are intended to rile up the audience, that

13 I don't have to be necessarily the directed-to

14 party to feel the threat.  That is how I viewed

15 it.

16      Q.  Did you complain to anyone about what

17 Randy Stith had said?

18      A.  I did.

19      Q.  Who did you complain to?

20      A.  I sent a letter to the Commissioner.

21      Q.  What was the date of that letter?

22      A.  I think it was February 16th, on or

23 about.

24      Q.  Was the letter to the Commissioner

25 addressing the comments made by Mr. Stith?





21

LAWRENCE DOBROFF

1

2      A.   Among other things, yes.

3      Q.   What else was in that letter?

4      A.   I had some thoughts about Jack

5   Bierwirth that I threw into the letter too.  It

6   was an overall evaluation of what I thought was

7   wrong with what was going on in the District.

8      Q.   Did anyone know that you wrote that

9   letter?

10     A.   At the time?

11     Q.   Yes.

12     A.   No.

13     Q.   Subsequent to that, did anyone know?

14     A.   I can't tell you for 100 percent

15   certainty who knows.  I am sure and I only would

16   be speculating on this now, but I'm sure Jack

17   Bierwirth probably is aware.

18     Q.   Do you have a copy of that letter?

19     A.   Not with me.

20          MR. GRAFF:   I'm going to

21   call for the production of a copy

22   of that letter.

23          THE WITNESS:   I will get it

24   to you.  I just didn't bring it

25   with me.





LAWRENCE DOBROFF                                          22

1

2          MS. SENZER-GABOR:   I may

3   have it with me.

4      Q.   Before you were terminated, did

5   anyone know in the District about this letter?

6      A.   I'm not certain.

7          MS. SENZER-GABOR:   Do you

8   want the letter now?

9          MR. GRAFF:   Okay, thank

10  you.

11         MS. SENZER-GABOR:

12  (Handing)

13         MR. GRAFF:   I will make a

14  copy of this.

15     Q.   One of the respondents is Jack

16  Bierwirth.   Why did you name Jack Bierwirth as a

17  respondent?

18     A.   Because Jack Bierwirth was the party

19  running the District, effectively running the

20  District, even though Regina Armstrong was

21  technically the acting superintendent.

22     Q.   What do you mean that he was "running

23  the District"?

24     A.   Nothing was done without Jack's

25  blessing, from what I could see.   Superintendent





23

LAWRENCE DOBROFF

1   Waronker and Jack Bierwirth were fighting all

2   the time and Jack Bierwirth was trying to

3   control - - -

4   Q.   What types of things was Jack

5   Bierwirth trying to control within the District?

6   A.   Everything.  If you read his letters

7   to the Commissioner, he was involved with the

8   education, with the facilities, with the

9   business office, with the budget, everything

10  that went on.  He wrote extensively on all areas

11  of the District.

12  Q.   Did he get involved in the operations

13  of the business office?

14  A.   Yes, he did.

15  Q.   How did he get involved with the

16  operations of the business office?

17  A.   Well, besides coming in and talking

18  to me all the time, not obviously - - -

19  obviously not all the time, but on multiple

20  occasions, he brought in somebody to help me.

21  (indicating)

22  Q.   Who was that?

23  A.   Ed Cullen, C-U-L-L-E-N.

24  Q.   Would you say that Jack interfered





24

LAWRENCE DOBROFF

1    with your work?

2        A.   Yes.

3        Q.   Do you have any specific examples of

4    how he interfered?

5        A.   By basically bringing someone else

6    into - - - into my office to talk to my staff,

7    and Joe Dragone talked to my staff and things

8    were - - - things probably went on behind my

9    back that I was not even aware of.

10            MR. GRAFF:   Let's mark

11       Claimant's Exhibit 2.

12            (Whereupon, Claimant's

13       Exhibit Number 2 was marked for

14       identification.)

15       Q.   I'm going to show you what has now

16   been marked as Claimant's Exhibit 2 for

17   identification. (handing)  Do you recognize this

18   document?

19       A.   I do.

20       Q.   Is this the full letter that you sent

21   to the Commissioner?

22       A.   It seems that way.

23       Q.   Do you have a signature on it?

24       A.   No, because it was sent as an e-mail.





25

LAWRENCE DOBROFF

1     

2    Q.   Was it attached on to an e-mail or

3    was it in the text of the e-mail?

4    A.   No.   I'm pretty sure that I wrote

5    this in Word and then attached it as an exhibit.

6    Q.   Did you send this from the District

7    e-mail account or from your personal e-mail?

8    A.   Probably from my personal e-mail

9    account.   I'm not 100 percent sure.

10   Q.   You said that this was sent about

11   February 16, 2018; right?

12   A.   Yes.

13            MR. GRAFF:   We will get

14   back to this in a moment.

15   Q.   In the Notice of Claim which was

16   marked as Exhibit 1, you stated that you were

17   discriminated based upon your race.   What is

18   your race?

19   A.   I am white.

20   Q.   What is the basis for that answer

21   that you were discriminated against based upon

22   your race?

23   A.   As an example, the other

24   administrators had a Christmas party and I was

25   probably the only white administrator that was





26

LAWRENCE DOBROFF

1    not invited.

2

3    Q.   Do you know when that party occurred?

4    A.   I believe it was on December 18,

5    2017.

6    Q.   Do you know who organized it?

7    A.   I'm not 100 percent certain.

8    Q.   How do you know that all the other

9    administrators were invited?

10   A.   I was told by Andrew Hardwick about

11   the party afterwards.

12   Q.   Do you know where the party occurred?

13   A.   No.

14   Q.   Any other examples of why you believe

15   that you were discriminated based upon your

16   race?

17   A.   I believe part of my termination was

18   based upon my - - I believe that they didn't

19   want somebody who was white in that position.

20   Q.   You had mentioned Ed Cullen before.

21   Do you know what his race is?

22   A.   He is white.

23   Q.   Do you know Bridget Villereale?

24   A.   Yes.

25        MR. GRAFF:   By counsel, V-





27

LAWRENCE DOBROFF

1

2      I-L-L-E-R-E-A-L-E.

3      A.   (Continuing)   She is white, I

4  believe.

5      Q.   What are her job duties?

6      A.   She was the business manager's

7  assistant, but I'm not too sure.

8      Q.   Did anyone make comments to you

9  regarding your race?

10     A.   No.

11     Q.   Were you treated differently because

12  of your race?

13     A.   Again, using that example, I believe

14  that I was.

15     Q.   "That example" being the party?

16     A.   The party, yes, and just in general

17  sitting on the other side of the table and

18  everybody else kind of being together and me

19  being apart during the meetings.

20     Q.   Was there any specific meeting that

21  stands out where you were apart where everyone

22  else was together?

23     A.   Specific meetings?   No.   I think it

24  was more the general than the exception.

25     Q.   In your Notice of Claim you also





28

LAWRENCE DOBROFF

1    allege that you were discriminated based upon

2    your age.   What was your age at the time that

3    you were hired?

4    A.   Sixty.

5    Q.   What is your date of birth?

6    A.   January 4, 1957.

7    Q.   Did anyone in the District know your

8    age?

9    A.   Yes.

10   Q.   Who knew your age?

11   A.   I'm sure that Dr. Gilmore knew my age

12   because it was on the application form.   I don't

13   know if anyone else knew it.

14   Q.   Did anyone say anything to you

15   regarding your age?

16   A.   No.

17   Q.   What is the basis for you to say that

18   you were discriminated based upon your age?

19   A.   As another reason for being

20   terminated.

21   Q.   Do you have any examples where you

22   believe you were discriminated based upon your

23   age?

24   A.   Nothing specific.




29

LAWRENCE DOBROFF

1        Q.   You also allege that you were

2  discriminated based upon your disability.

3        A.   Correct.

4        Q.   What is the disability?

5        A.   On or about January 18, 2018 I had

6  scheduled two doctor's appointments for

7  February 12, 2018.  My doctor was not available

8  the week of Washington's birthday on which the

9  school District was closed.  So, I had to take

10  some time after that in order to see the doctor

11  and I happened to make that appointment for the

12  afternoon of February 12th, two doctor's

13  appointments.  I went to my GP and my internist,

14  and it was the same day that Luz Valentin, that

15  was the teacher that was kicked out by Randy

16  Stith.  I had to leave anyway, and I wasn't

17  able to get overly involved because I had to go

18  to my doctor's appointments.

19        When I went to my doctor's

20  appointments, he saw my blood pressure and he

21  said that I couldn't go back to work for the

22  rest of the week at a minimum, because my blood

23  pressure was uncontrolled(sic) and he was

24  concerned.  There were comments made afterwards



30

LAWRENCE DOBROFF

1  either by Gates or Stith about my not wanting to

2  come to work, which wasn't the case.

3       I had said that my doctor told me

4  that I couldn't come to work and I submitted a

5  letter that Regina Armstrong -- -- I submitted

6  it to her that day or I forwarded it to her, the

7  doctor's note, saying that I could not come in,

8  I couldn't come back until I was actually given

9  permission by the doctor.

10      Q.  You submitted that note on or about

11  February 12th; correct?

12      A.  Yes, of 2018.

13      Q.  February 12th, is that when you

14  started to take blood pressure medication?

15      A.  I don't remember.

16      Q.  So, the disability that you are

17  alleging was high blood pressure?

18      A.  Yes.

19      Q.  How does that affect your daily life?

20      A.  No, it would be the comments made by

21  either Stith or Gates, and I don't know which

22  one.  I would have to go back and see if I can

23  find the comments about my taking time off when

24  "I wasn't really sick."

31

LAWRENCE DOBROFF

1

2     Q.   When did either Mr. Gates - - - or

3  Dr. Gates or Mr. Stith make that comment?

4     A.   Some time I think that week or the

5  following week.   What happened, since Luz

6  Valentin had been kicked out of the office and

7  she didn't have a treasurer who could run

8  payroll, that created a whole series of events.

9  So, there was a lot of turmoil in the business

10  office that week, which I couldn't go to because

11  I wasn't allowed to go into the office.

12     Q.   Were those statements made by

13  Dr. Gates or Mr. Stith to you?

14     A.   No, they were to others.

15     Q.   In public?

16     A.   Meetings, yes, but I'm not sure when.

17     Q.   Do you know who those comments were

18  made to?

19     A.   I would have to check.   I don't

20  remember.

21     Q.   What would you have that would allow

22  you to check?

23     A.   I think I would have to go back and

24  look.   I think I received some sort of notice,

25  some sort of letter from somebody.   I don't





32

LAWRENCE DOBROFF

1    remember, but I'm going to have to go back and

2    take a look.

3

4              MR. GRAFF:   I'm going to

5    call for the production of that

6    letter or whatever document that

7    you would have.

8              THE WITNESS:   Yes, I would

9    have to look.

10             MS. SENZER-GABOR:   Please

11   follow-up in writing.

12             THE WITNESS:   I will get

13   that to you, yes.

14   Q.   So, you are not saying that you have

15   a disability, you are just saying that people

16   perceived you as having a disability?

17   A.   Yes.

18   Q.   They perceived you as not being ill

19   when you were actually ill?

20   A.   That was my interpretation.

21   Q.   So, is that what you are claiming?

22   A.   Yes.

23   Q.   You also claim that you were

24   discriminated based upon your religion.   What is

25   your religion?

33

LAWRENCE DOBROFF

1

2    A.  Jewish.

3    Q.  Who discriminated against you because

4  you were Jewish?

5    A.  At first, other than Dr. Waronker

6  knowing, he knew I was Jewish.  Other than that,

7  I'm not 100 percent sure until this one event in

8  which I was left -- -- I left a coat in his

9  office and it happened that I had a yarmulke in

10  my coat.  I totally forgot that the coat was

11  there, and I got a call from the administrative

12  office from one of the secretaries.  I don't

13  know which one, but it was quite honestly -- -- --

14  it was someone who called me and said "Did you

15  leave a coat?"  I said "Oh, that is where it

16  is."  She said "Oh, I didn't know that you were

17  Jewish."

18         I said "Why?"   She said, "You left a

19  yarmulke in the coat."

20    Q.  How did Dr. Waronker know that you

21  were Jewish?

22    A.  Conversations.

23    Q.  So, you told him?

24    A.  Yes.

25    Q.  Do you know what you told him?





34

LAWRENCE DOBROFF

1

2    A.  I wished him a good Shabbos at the

3  time and we got to talking.

4    Q.  Was that early on in your employment

5  with the District?

6    A.  That was after I started, certainly

7  not before I started.

8    Q.  Did any of the Board members know

9  that you were Jewish?

10    A.  Not at the time.

11    Q.  When you say "not at the time," at

12  some point did they learn that?

13    A.  I'm not too sure who knew or when.  I

14  don't remember.  I knew some of them knew, but I

15  can't tell you for certain who knew, when and

16  what.

17    Q.  When Mr. Stith made the comments that

18  you are alleging, do you know that he knew that

19  you were Jewish?

20    A.  No, not with 100 percent certainty.

21    Q.  Do you know if he learned afterwards

22  that you were Jewish?

23    A.  Yes.  When he -- -- we had e-mails

24  where he certainly knew that I was Jewish.

25    Q.  You sent him e-mails?





35

LAWRENCE DOBROFF

1

2      A.  Yes.

3      Q.  Did you send him e-mails from the

4  District's e-mail server?

5      A.  Yes, absolutely.

6      Q.  What did the e-mails say in sum and

7  substance?

8      A.  In sum and substance that I didn't

9  appreciate the anti-Semitic comments that he

10  made, and I didn't appreciate the threats that

11  he made.

12      Q.  When were those e-mails sent?

13      A.  Probably early January.

14      Q.  Would that have been January of 2018?

15      A.  Yes.

16      Q.  Did you send them on your personal e-

17  mail?

18      A.  No.  I believe that they were sent

19  from the District's e-mail because I sent it to

20  everyone.  I first started sending just directly

21  to Mr. Stith because I didn't want to make into

22  a public event, and I wanted to keep it private

23  to express my displeasure about his comments and

24  his attitude.  He decided to copy multiple

25  people at that point and then I copied multiple




36

LAWRENCE DOBROFF

1   too.

2

3        Q.   Who did you copy in?

4        A.   I think everyone that was on the

5   Board was copied and I think the superintendent

6   was copied.  I believe Jack Bierwirth was

7   copied.

8        Q.   Based upon those e-mails - -

9        A.   In my mind, everyone knew that I was

10  Jewish at that point, yes.  Like I said, I don't

11  know exactly when, but - - -

12       Q.   You sent the e-mails from your

13  District account; right?

14       A.   Yes.

15       Q.   Do you have copies of those?

16       A.   Yes, I believe so.

17       Q.   You believe that you have copies?

18       A.   I believe I do.

19            MR. GRAFF:   I'm going to

20       ask for copies of those.

21            THE WITNESS:   Sure.

22            MS. SENZER-GABOR:   Please

23       follow-up in writing.

24       Q.   Your allegations regarding religious

25  discrimination, there were comments made by Mr.

37

LAWRENCE DOBROFF

1   Stith that you claim were anti-Semitic. Was

2   three anything else that leads you to believe

3   that you had been discriminated based upon your

4   religion?

5      A.  I believe that the whole hostile

6   environment going to Board meetings and

7   listening to other community members makes for a

8   very difficult work environment.

9      Q.  That uncomfortable work environment,

10   did that occur in the business office or in

11   public meetings?

12      A.  That occurred certainly in public

13   meetings, not so much in the business office.

14   Nobody said anything to me in the business

15   office.

16      Q.  So, the environment that you are

17   talking about that was hostile, that was in

18   public meetings?

19      A.  Public meetings, yes.

20      Q.  You were required to attend those

21   public meetings; correct?

22      A.  Yes.

23      Q.  Did anyone tell you directly that you

24   had to attend the public meetings?





38

LAWRENCE DOBROFF

1

2       A.   Yes.

3       Q.   Who was that?

4       A.   When the superintendent was there,

5  Dr. Waronker, I had to, and even after he left,

6  I still had to go, Regina Armstrong.  It was not

7  only me, all the assistant superintendents had

8  to attend, and I was not held out separately.

9       Q.   So, you were not treated differently?

10      A.   I was not treated differently to

11 attend the meetings.  But the gunshots that were

12 shot at the direction of everybody was just shot

13 at everyone.  I can't say that they were aiming

14 for me.

15      Q.   In the Notice of Claim on page 2 you

16 also say that you were discriminated against

17 based upon your "creed."

18      A.   Not too sure how that actually plays

19 in after -- -- I didn't write it.

20      Q.   You don't have a creed separate and

21 apart from your Jewish religion, do you?

22      A.   No, I do not.

23      Q.   On the second page of your Notice of

24 Claim, you say that "The unlawful and

25 discriminatory behavior commenced in or around





39

LAWRENCE DOBROFF

1   August of 2017."  What started in August of

2   2017?

3       A.  My employment.

4       Q.  So, from the very beginning you felt

5   that the behavior -- --

6       A.  From Randy Stith, the comments and I

7   can't put an exact date on it.

8       Q.  That was in the meeting in September

9   at the public meeting?

10      A.  Yes.

11      Q.  Other than the behavior that we

12  talked about with Mr. Stith and your concerns

13  about the administrator's Christmas party, was

14  there any other behavior that you can tell me

15  that you think was discriminatory, anything that

16  you can think of?

17      A.  Those are off the top of my head.

18      Q.  Was there any other behavior that was

19  discriminatory that stands out to you that you

20  feel you were discriminated against because of

21  race or religion, creed, age or disability?

22      A.  Well, other than the fact that they

23  hadn't even replaced me yet, and they put

24  someone in charge of the office, Bridget





40

LAWRENCE DOBROFF

1    Villereale, who didn't have a skill set.  That

2    was the whole thing, that was a joke.

3        Q.   What was a joke?

4        A.   Letting me go.  They just didn't want

5    me there.  You can't just find someone with my

6    experience, take me out and put someone in with

7    actually no business experience.  She was not an

8    accountant, and she didn't know how to run a

9    business office.  It was a $200,000,000 budget

10   in that office.

11       Q.   What experience did you have coming

12   into the District?

13       A.   Thirty years of accounting/business;

14   I also worked in the Cleary School for the Deaf

15   as an interim business official; I also worked

16   as an intern for a year and a half at the

17   Amityville School District as an assistant

18   superintendent.  At the time, Dr. Fanning asked

19   me to stay and help him as much as I could

20   because he was short-staffed.

21       Q.   Are you currently employed?

22       A.   I am looking for work.

23       Q.   Have you worked since your

24   termination in 2018?





41

LAWRENCE DOBROFF

1

2    A.  No, I'm looking.

3    Q.  Did you have any source of income in

4  2018?

5    A.  Some consulting.

6    Q.  As a consultant, do you mean as an

7  independent contractor?

8    A.  Yes.

9    Q.  Approximately how much was your

10  income in 2018?

11    A.  From -- -- --

12    Q.  From your consultancy.

13    A.  A few thousand dollars, maybe $5,000,

14  give or take.

15    Q.  Did you collect unemployment?

16    A.  Yes.

17    Q.  For what period of time?

18    A.  From the end of May to the beginning

19  of December.  It was a 26-week period that I was

20  eligible for.

21    Q.  Do you know approximately how much

22  money you received from unemployment?

23    A.  $435 times 26.  It was gross.  There

24  were taxes already taken out.

25    Q.  Do you practice as an accountant?





42

LAWRENCE DOBROFF

1

2     A.   I do.

3     Q.   Do you have any private clients?

4     A.   That's what I was saying before when

5  I mentioned my consultancy.

6     Q.   Do you do people's tax returns?

7     A.   I do.  I do businesses, individuals,

8  CFO work for small companies if that comes in.

9  It's hard to find, but that is kind of what I am

10 looking at right now being that I can't find

11 full-time employment.

12    Q.   You also alleged in your Notice of

13 Claim that you sustained emotional injuries.

14 Have you seen a mental health practitioner?

15    A.   No.

16    Q.   Have you been diagnosed with any

17 condition?

18    A.   No.  I'm not a big fan of

19 psychiatrists.

20    Q.   Also in your Notice of Claim you

21 alleged that you suffered damages for physical

22 injuries.  Have you had any physical injuries?

23 I am looking on page 2 towards the bottom.

24    A.   I didn't - - - -

25    Q.   I meant to say financial injuries.





43

LAWRENCE DOBROFF

1
2    I'm sorry.  Have you suffered financial
3    injuries?
4        A.  Lack of income.
5        Q.  Approximately how much?
6        A.  Well, I was earning $190,000 a year
7    base plus health declination, which was about
8    $12,000 plus.  That is because I was not in the
9    traditional retirement program.  I was receiving
10   an additional 8 percent of $190,000 that was
11   deferred as a retirement payment from the State,
12   from the District, actually.
13       Q.  Why weren't you under a traditional
14   retirement plan?
15       A.  I chose not to be.  In order to be in
16   the traditional plan, you have to have 10 years
17   of vesting and at that age, I couldn't be sure
18   that I was going to work 10 years.  I took the
19   sure bet which was the 8 percent.
20       Q.  As part of your Notice of Claim, you
21   claim that you suffered and paid attorneys'
22   fees.  Do you know approximately how much in
23   attorneys' fees you have paid?
24       A.  To-date?
25       Q.  Yes.





44

LAWRENCE DOBROFF

1

2      A.    Close to about $20,000.

3      Q.    Was that based upon your

4  representation by Leeds Brown?

5      A.    Partly.

6      Q.    Partly from the Tand law firm as

7  well?

8      A.    Correct.

9      Q.    Since you have been terminated, have

10  you had any communications with Shimon Waronker?

11      A.    I have talked to him a couple of

12  times since my termination.

13      Q.    Have you spoken to him about your

14  claim?

15      A.    I don't believe so.

16      Q.    Have you spoken to him about his case

17  against the District?

18      A.    No.

19      Q.    What type of communications were

20  they; was it verbally or by e-mail?

21      A.    Verbally.

22      Q.    Did he ask you to support him in any

23  way regarding his claim against the District?

24      A.    No.

25      Q.    Since your termination, have you had





45

LAWRENCE DOBROFF

1   any communications with any of the employees in

2   the District?

3

4   A.   Alvin McDaniel.

5   Q.   Who is Alvin McDaniel?

6   A.   He was the deputy treasurer.

7   Q.   What type of communications did you

8   have with him?

9   A.   He asked me some questions and I was

10  trying to help him out.   He was going to school

11  at night for his license so that he could be a

12  School District business official and I had

13  originally agreed to mentor him through the

14  practice when I was working there.   When I left,

15  I told him that if he needed any help -- -- I

16  didn't just want to leave him out without any

17  sort of support and he did ask me some

18  questions.

19  Q.   Was that verbally?

20  A.   Verbally.

21  Q.   Was it through the telephone?

22  A.   Yes.

23  Q.   I'm going to ask you a question

24  finally and sometimes the attorney objects:   Is

25  there anything else that you want to tell the





46

LAWRENCE DOBROFF

1    District regarding you claim?  I'm going to

2    leave it open-ended because this is your

3    opportunity to tell the District why we should

4    resolve this matter with you before you take the

5    next step in your litigation.

6

7              MS. SENZER-GABOR:   I'm

8    going to object to that.

9              MR. GRAFF:   I always say

10   that, and I always give you the

11   opportunity.

12             I don't have anything

13   further.  Oh, I just have a few

14   follow-up questions.

15   Q.  I would like to go back to Exhibit 2,

16   please.

17   A.  Okay.

18   Q.  What made you write this letter when

19   you wrote it?

20   A.  I believe the letter is fairly clear

21   that it was with my - - it was discussing what

22   was going on in the District, not only from the

23   business office's standpoint of the issue, but

24   just in general comments to the Commissioner.

25   Q.  Was there anyone that told you to





LAWRENCE DOBROFF

1  write this letter?

2

3      A.  No one asked me, no one knew about

4  it.  It was strictly my doing.

5      Q.  Did you have a conversation with

6  anyone within the District before you wrote it?

7      A.  Not a person.  No one knew that I was

8  going to write it but myself.

9      Q.  After you wrote this letter, did you

10  speak to anyone about having written this

11  letter?

12      A.  I don't believe that I did.  It was

13  meant for the Commissioner.

14      Q.  Did you get any response to the

15  letter?

16      A.  Of course not.  She has a reputation

17  from what I have been told of not responding to

18  anyone and I wasn't necessarily expecting a

19  response.  I felt obligated to make the

20  statements that I made.  As I said in here, you

21  ask me questions about Jack Bierwirth's

22  interfering.  As you can see in my letter on

23  page 2 I mentioned a meeting that we had with

24  the external auditors.  Everyone else was there

25  and I was personally excluded.  Why would I





48

LAWRENCE DOBROFF

1   purposefully be excluded from a meeting

2   regarding the operations of the business

3   office - - - they were trying to keep the

4   business official out of the meeting and it

5   makes no sense.  I'd understand if I had been

6   there for two or three years but there was

7   nothing - - we were supposed to be helping

8   each other and this wasn't helping.  This was

9   whatever you want to call it, it was nonsense.

10      Q.   Do you know when that meeting

11   occurred?

12      A.   In early January, I believe.

13          MR. GRAFF:   I don't have

14          any further questions.

15

16

17

18   [Time noted: 10:55 a.m.]





49

I N D E X

WITNESS            EXAMINATION BY            PAGE

L. Dobroff          Mr. Graff                 3


CLAIMANT EXHIBITS                            PAGE

Ex. 1 - Notice of Claim                       3

Ex. 2 - Letter to Commissioner               24


REQUESTS                                     PAGE/LINE

1.   Production of letter or
     document with information on
     comments made by Dr. Gates
     or Mr. Stith in meetings               32

2.   Copy of e-mail from Mr.
     Dobroff to Mr. Smith and
     other administrators                   36


QUESTIONS MARKED FOR A RULING               PAGE/LINE

(None)





50

1

2

3

4

5   ACKNOWLEDGMENT

6        I, LAWRENCE DOBROFF, hereby certify

7   that I have read the transcript of my

8   testimony taken under oath in my deposition

9   of January 22nd, 2019; that the transcript is

10  a true, complete and correct record of my

11  testimony, and that the answers on the record

12  as given by me are true and correct.

13

14

15

16                        _____

17                              LAWRENCE DOBROFF

18  Signed and subscribed before me this ____ day

19  of _____, 2019.

20

21                        _____

22                              Notary Public

23

24

25

51

CERTIFICATE

I, LYNN LUCKMAN, a Shorthand

Reporter and Notary Public within and for the

State of New York, do certify that;

I am not related to any of the

parties to this action by blood or marriage;

that I am in no way interested in the outcome

of this matter.

IN WITNESS WHEREOF, I have hereunto

set my hand this 6th day of February, 2019.

*Lynn Luckman*

_____

LYNN LUCKMAN





52

1   Errata Sheet

2

3   NAME OF CASE: LAWRENCE DOBROFF -against- ARMSTRONG

4   DATE OF DEPOSITION: 01/22/2019

5   NAME OF WITNESS: LAWRENCE DOBROFF

6   Reason Codes:

7      1. To clarify the record.

8      2. To conform to the facts.

9      3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24  _____

25  _____





53Index: $12,000–assigned

**$**
$12,000 43:8
$190,000 43:6, 10
$20,000 44:2
$200,000,000 40:10
$435 41:23
$5,000 41:13

**1**
1 3:16 5:8 8:2 25:16 49:11,15
10 43:16,18
100 10:16 12:22 16:5 17:20 18:3 21:14 25:9 26:7 33:7 34:20
10:55 48:19
11803 3:14
12 29:8
12th 29:13 30:12,14
15 3:13
16 6:5,8 25:11
16th 7:8 20:22
17th 17:4 18:3,8
18 26:4 29:6
1957 28:7
19th 9:20
1st 8:8,20,22

**2**
2 7:5 11:12,21 24:12,14,17 38:15 42:23 46:15 47:23 49:12,19
2017 7:7 8:3,7 9:14,15 16:8,9 17:5 26:5 39:2,3

2018 6:5,9 9:20 25:11 29:6,8 30:13 35:14 40:25 41:4,10
2019 50:9,19
21st 7:10 9:13
22nd 50:9
24 4:20 49:12
26 8:6 41:23
26-week 41:19
2nd 8:20,22

**3**
3 49:7,11
32 49:18
36 49:21

**4**
4 28:7

**8**
8 43:10,19
8th 16:5

**A**
a.m. 46:19
ability 5:5
able 4:17 29:18
above 5:19
absolutely 35:5
According 9:18
account 25:7,9 36:13
accountant 40:9 41:25
accounting/ business 40:14
ACKNOWLED GMENT 50:4
act 13:19

acting 22:21
actions 13:10
actually 7:9 30:9 32:19 38:18 40:8 43:12
added 17:21,23
additional 43:10
address 3:11
addressed 20:8
addressing 20:25
administrative 33:11
administrator 25:25
administrators 25:24 26:9 49:21
administrator's 39:14
affect 30:20
after 3:3 8:22 12:19,21 17:24 18:2 29:11 34:6 38:5,19 47:9
afternoon 29:13
afterwards 26:11 29:25 34:21
Again 27:13
against 5:16 13:13 25:21 33:3 38:16 39:21 44:17,23
age 12:2 28:3,9, 11,12,16,19,24 39:22 43:17
agreed 45:13
aiming 38:13
alcohol 4:18,21
all 23:2,11,19,20 26:8 38:7

allegations 36:24
allege 28:2 29:2
alleged 42:12, 21
alleging 20:7 30:18 34:18
allow 31:21
allowed 3:11
already 41:24
also 3:25 11:21 14:10 16:14,20 19:12,14 27:25 29:2 32:23 38:16 40:15,16 42:12,20
Alvin 45:4,5
always 15:3,5 46:9,10
am 3:23 4:9 5:16 17:17 21:15 25:19 40:23 42:9,23
Amityville 40:18
Among 21:2
an 3:23 11:13 12:3 15:21 17:5 21:6 24:25 25:2, 5:23 39:8 40:8, 16,17,18 41:6, 25 43:10
Andrew 26:10
another 28:20
answer 4:8,13 25:20
answers 50:11
anti-semitic 16:22,25 17:5, 19 19:25 20:7 35:9 37:2
any 4:12,21,23 5:4 8:23 9:3 11:10 12:5 13:3 15:25 16:10 19:4 24:4 26:14 27:20 28:22 34:8 39:15,19

41:3 42:3,16,22 44:10,22 45:2, 15,16 47:14 48:15
anyone 9:21 20:16 21:8,13 22:5 27:8 28:8, 14,15 37:24 46:25 47:6,10, 18
anything 4:6,16 6:17 13:11 14:5, 11,20 15:6,9 16:18 28:15 37:3,15 39:16 45:25 46:12
anyway 29:17
apart 27:19,21 38:21
application 28:13
appointment 29:12
appointments 29:7,14,19,21
appreciate 35:9,10
approved 9:16
approximately 41:9,21 43:5,22
April 9:20
areas 23:11
argument 15:21
Armstrong 4:2 10:8,12 13:7,8,9 19:12 22:20 30:6 38:6
around 7:6 38:25
ask 4:6 36:20 44:22 45:17,23 47:21
asked 40:19 45:9 47:3
asking 4:5,9
assigned 8:25 9:4





54 Index: assistant–comments

**assistant** 11:5, 7,8 12:13,14,15 27:7 38:7 40:18

**Associates** 7:23

**assume** 4:8

**at** 4:12 6:14,18 7:3,15 8:16 9:4, 19 10:3 11:10, 20 14:19 15:12 16:25 17:11,20 18:4,8,25 19:9, 15 20:3 21:10 28:3 29:23 33:5 34:2,10,11 35:25 36:10 38:12,13 39:10 40:17,19 42:10 43:17 45:11

**attached** 25:2,5

**attend** 19:18 37:21,25 38:8, 11

**attitude** 35:24

**attorney** 3:24 7:18,20 45:24

**Attorneys** 7:16

**attorneys'** 43:21,23

**audience** 14:23 15:5 18:10,15 19:24,25 20:11, 12

**auditors** 47:24

**August** 7:7 8:2, 8 39:2

**Austin** 3:23

**available** 29:8

**average** 15:18

**aware** 21:17 24:10

**B**

**back** 19:19 24:10 25:14 29:22 30:9,23 31:23 32:2 46:15

**bad** 13:15,18 15:8

**base** 43:7

**based** 11:25 15:17 25:17,21 26:15,18 28:2, 19,23 29:3 32:24 36:8 37:4 38:17 44:3

**basically** 13:23 24:6

**basis** 13:8 25:20 28:18

**because** 14:4 16:17 19:16,17 22:18 24:25 27:11 28:13 29:18,23 31:10 33:3 35:19,21 39:21 40:21 43:8 46:3

**been** 3:3 5:7 6:22,25 8:8 11:7 12:21 16:4,7 24:17 31:6 35:14 37:4 42:16 44:9 47:17 48:6

**before** 3:18 5:9, 22 6:11 18:2 22:4 26:20 34:7 42:4 46:5 47:6 50:18

**began** 3:18 5:9

**beginning** 39:5 41:18

**behavior** 7:6 38:25 39:6,12, 15,19

**behind** 24:9

**being** 4:17 8:16 11:14 17:13,14 18:6 27:15,18, 19 28:20 32:18 42:10

**believe** 9:5,13 10:15 11:5,24 13:14 17:18 18:2 26:4,14,17, 18 27:4,13 28:23 35:18

36:6,16,17,18 37:3,6 44:15 46:20 47:12 48:13

**belonging** 17:12

**besides** 23:18

**bet** 43:19

**Bierwirth** 4:4 13:23 19:12 21:5,17 22:16, 18 23:2,3,6 36:6

**Bierwirth's** 47:21

**big** 42:18

**birth** 28:6

**birthday** 29:9

**blessing** 22:25

**blood** 5:3 29:21, 23 30:15,18

**Board** 9:16 14:4,10,17 15:4 16:17 17:2 18:6 20:4 34:8 36:5 37:7

**bottom** 42:23

**break** 4:12

**Bridget** 26:23 39:25

**bring** 21:24

**bringing** 24:6

**brought** 23:21

**Brown** 7:17 44:4

**budget** 23:10 40:10

**buildings** 15:12

**burst** 19:9

**business** 11:6, 9,23 10,14,17 27:6 31:9 37:11, 14,15 40:8,10, 16 45:12 46:23 48:3,5

**businesses** 42:7

**but** 10:15 11:6, 16 12:6,10 16:3, 5 17:20,25 18:4, 5 21:16 23:20 27:7 31:16 32:2 33:13 34:14 36:11 38:11 42:9 46:23 47:8 48:7

**C**

**C-U-L-L-E-N** 23:24

**calculations** 15:13,17

**call** 19:7 21:21 32:5 33:11 48:10

**called** 33:14

**came** 12:11 17:6 19:14

**can** 4:15 30:23 39:15,17 47:22

**can't** 10:16 17:25 21:14 34:15 38:13 39:8 40:6 42:10

**cannot** 4:11

**care** 18:7,14

**case** 6:25 30:3 44:16

**cause** 9:24

**certain** 16:6 18:4 22:6 26:7 34:15

**certainly** 34:6, 24 37:13

**certainty** 10:16 12:23 17:25 21:15 34:20

**certify** 50:6

**CFO** 42:8

**change** 11:10

**changed** 6:17

**changes** 7:13, 14

**charge** 39:25

**check** 19:11 31:19,22

**cholesterol** 5:3

**chose** 43:15

**Christmas** 25:24 39:14

**claim** 3:16 5:15 10:13 11:12,13, 18 12:16 13:6, 13 25:15 27:25 32:23 37:2 38:15,24 42:13, 20 43:20,21 44:14,23 46:2 49:11

**claimant's** 3:3 5:17 7:17 49:10

**Claimant's** 24:12,13,17

**claiming** 13:8 32:21

**claims** 11:24

**clear** 46:20

**Cleary** 40:15

**clients** 42:3

**Close** 44:2

**closed** 29:10

**coat** 33:8,10,15, 19

**collect** 41:15

**come** 19:23 30:3,5,8,9

**comes** 42:8

**coming** 18:5 23:18 40:12

**commenced** 7:6 8:2,4 10:22 38:25

**comment** 7:3,4 17:5,12 31:3

**comments** 6:22 14:22 15:2,4,7, 22 16:2,23,24, 25 17:2,24 18:21 19:25





20:6,11,25 27:8
29:25 30:21,24
31:17 34:17
35:9,23 38:25
39:7 46:24
49:17

**Commissioner**
20:20,24 23:8
24:22 46:24
47:13 49:12

**communicatio**
**ns** 44:10,19
45:2,7

**community**
17:13 37:8

**companies**
42:8

**complain**
20:16,19

**complete** 50:10

**concerned**
29:25

**concerns** 39:13

**condition** 42:17

**considered**
6:24

**consultancy**
41:12 42:5

**consultant** 41:6

**consulting** 41:5

**consumed** 4:21

**continues** 7:7

**Continuing**
11:3 27:3

**contract** 12:3,5

**contractor** 41:7

**contracts**
12:12,15

**control** 23:4,6

**Controller**
12:16

**Controller's**
12:7,11,24

**conversation**
47:5

**Conversations**
33:22

**copied** 35:25
36:5,6,7

**copies** 36:15,
17,20

**copy** 21:18,21
22:14 35:24
36:3 49:19

**correct** 5:23 6:6
7:9 16:9 29:4
30:12 37:22
44:6 50:10,12

**could** 11:7
12:21 19:18
22:25 30:8 31:7
40:20 45:11

**couldn't** 19:23
29:22 30:5,9
31:10 43:17

**counsel** 26:25

**couple** 10:6
44:11

**course** 47:16

**court** 3:13 4:11

**created** 31:8

**creed** 38:17,20
39:22

**Cullen** 23:24
26:20

**currently** 7:18,
19,22 40:22

**D**

**daily** 30:20

**damages** 5:15
42:21

**date** 5:9 6:8 7:24
8:5,9,21,22 9:6,
8,9,11 20:21
28:6 39:8

**dates** 15:25

**David** 4:3 14:14,
16

**day** 7:7 29:15
30:7 50:18

**Deaf** 40:15

**deal** 15:14

**December**
16:5,7 19:6,7
26:4 41:19

**decided** 35:24

**declination**
43:7

**deferred** 43:11

**define** 8:11

**deposition** 5:9
50:8

**deputy** 45:6

**diagnosed**
42:16

**didn't** 13:19
17:10 18:7
21:24 26:18
31:7 33:16 35:8,
10,21 38:19
40:2,5,9 42:24
45:16

**different** 10:6

**differently**
27:11 38:9,10

**difficult** 37:9

**directed-to**
20:13

**directing** 18:21

**direction** 38:12

**directly** 35:20
37:24

**disability** 12:2
29:3,5 30:17
32:15,16 39:22

**discriminated**
25:17,21 26:15
28:2,19,23 29:3
32:24 33:3 37:4
38:16 39:21

**discrimination**
11:25 36:25

**discriminatory**
7:6 38:25 39:16,
20

**discussing**

46:21

**displeasure**
35:23

**District** 3:25
5:16 7:25 8:10,
13,14,15,18,23,
24 9:6 10:23,24,
25 12:4,6,12,17,
20 13:10,20
21:7 22:5,19,20,
23 23:6,12 25:6
28:8 29:10 34:5
36:13 40:13,18
43:12 44:17,23
45:3,12 46:2,4,
22 47:6

**District's** 13:4
35:4,19

**Dobroff** 3:1,10,
21 4:15 5:1 6:1
7:1 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1
44:1 45:1 46:1
47:1 48:1 49:7,
20 50:6,16

**doctor** 29:8,11
30:4,10

**doctor's** 29:7,
19,20 30:8

**doctor's** 29:13

**document** 5:11,
13,15,19 6:11,
15 24:19 32:6
49:16

**does** 30:20

**doing** 47:4

**dollars** 41:13

**don't** 4:7 5:6
6:24 8:20 9:5
10:2,10,20
12:10,18,22
13:2 15:19 16:3

18:14 20:13
28:13 30:16,22
31:19,25 33:12
34:14 36:10
38:20 44:15
47:12 48:14

**done** 22:24

**don't** 46:12

**down** 4:11
12:11 19:10

**Dr** 16:11 18:19,
23,24 20:8,9
28:12 31:3,13
33:5,20 38:5
40:19 49:17

**Dragone** 24:8

**drugs** 4:18

**due** 11:25

**duly** 3:4

**during** 12:21
27:19

**duties** 8:13,23
27:5

**E**

**e-** 35:16

**e-mail** 24:25
25:2,3,7,8 35:4,
19 44:20 49:19

**e-mails** 34:23,
25 35:3,6,12
36:8,12

**each** 48:9

**earlier** 11:13

**early** 34:4 35:13
48:13

**earning** 43:6

**Ed** 23:24 26:20

**education** 23:9

**effect** 5:5

**effectively**
22:19

**either** 18:2 30:2,
22 31:2





eligible 41:20

else 21:3 24:6
27:18,22 28:14
37:3 45:25
47:24

emotional
42:13

employed
12:17,20 13:12
40:22

employees
45:2

employment
8:2,5 9:7 10:22
12:3,22 34:4
39:4 42:11

end 41:18

environment
14:24 20:3,5
37:7,9,10,17

evaluation 21:6

even 22:20
24:10 38:5
39:24

event 33:7
35:22

events 17:21,23
31:8

ever 9:11 13:22

everybody
27:18 38:12

everyone 27:21
35:20 36:4,9
38:13 47:24

everything 6:15
23:7,10

Ex 49:11,12

exact 8:20 10:20
39:8

exactly 10:7
12:10 36:11

EXAMINATION
3:19 49:6

examined 3:5

example 25:23
27:13,15

examples 24:4
26:14 28:22

exception
27:24

excluded 47:25
48:2

executive 14:18

exhibit 3:16 5:8
24:12,14,17
25:5,16 46:15

EXHIBITS
49:10

expecting
47:18

experience
40:7,8,12

explain 10:18

express 35:23

extensively
23:11

external 47:24

F

facilities 19:8
23:9

fact 15:11 39:23

fairly 46:20

fan 42:18

Fanning 40:19

far 14:24 15:13

February 20:22
25:11 29:8,13
30:12,14

feel 6:20 20:14
39:21

fees 43:22,23

felt 39:5 47:19

few 6:21 41:13
46:13

fight 14:17

fighting 23:2

finally 45:24

finance 11:7

financial 42:25
43:2

find 30:24 40:6
42:9,10

fired 9:22

firm 7:21 44:6

first 7:3,16 8:19
33:5 35:20

follow-up 32:11
36:23 46:14

following 8:7
19:21 31:5

follows 3:5

forgot 33:10

form 28:13

forwarded 30:7

four 7:2

free 3:24 6:20
10:25

Friday 8:19

from 4:17 10:8,
9,12,17 18:5
19:7 22:25 25:6,
7,8 31:25 33:11,
12 35:3,19
36:12 38:21
39:5,7 41:11,12,
18,22 43:11,12
44:6 46:22
47:17 48:2
49:19

full 3:8 24:21

full-time 42:11

further 46:13
48:15

G

Gates 4:3 14:14,
16 16:11 30:2,
22 31:2,3,13
49:17

general 15:23
18:20 27:16,24
46:24

get 18:15 21:23
23:13,16 25:13

29:18 32:12
47:14

Gilmore 28:12

give 41:14 46:10

given 9:3 30:9
50:12

Glenda 19:14

go 5:18,25 7:12
15:4 19:19
29:18,22 30:23
31:10,11,23
32:2 38:6 40:5
46:15

going 4:5 5:7
21:7,20 24:16
32:2,4 36:19
37:7 43:18

good 3:21,22
34:2

got 18:10 33:11
34:3

GP 29:14

Graff 3:20,23
21:20 22:9,13
24:11 25:13
26:25 32:4
36:19 46:9
48:14 49:7

Gregg 19:6,13

gross 41:23

guidelines
12:7,8

gunshots 20:3
38:11

Gwendolyn 4:2
14:8

H

hadn't 39:24

half 40:17

handing 5:10
22:12 24:18

happened 18:8
29:12 31:5 33:9

hard 42:9

hardly 13:22

Hardwick 26:10

has 5:7 6:17
24:16 47:16

haven't 6:22
9:19

having 3:3
12:12 32:16
47:10

he 14:20 15:2,3,
6,7,14,15,16,18
16:17,18,22,23,
24:25 17:2,5,6,
8,9,10,11 18:5,
6,10,15,20 19:8,
18:20 22:22
23:8,11,13,15,
16:21 24:5
26:22 29:21,24
33:6 34:18,21,
23,24 35:9,11,
24 38:5 40:21
44:22 45:6,9,10,
11,15,17

head 19:8 39:18

health 42:14
43:7

held 38:8

help 23:21 40:20
45:10,15

helping 48:8,9

Hempstead
3:24 10:25

her 13:13,14,15,
17 14:2,9 27:5
30:7

here 17:13
47:20

hereby 50:6

herein 3:3

high 30:18

him 14:15,21,25
16:11,15,21
18:17 19:19
33:23,25 34:2,
25 35:3 40:20
44:11,13,16,22





45:8,10,13,15, 16
hired 7:24 8:5,6 11:4 28:4
his 14:22 15:4, 22 18:12 23:7 26:21 33:8 35:23,24 44:16, 23 45:11
home 8:16 9:2,4
honestly 33:13
hostile 14:23 20:3,4,11 37:6, 18
hours 4:20
how 8:11 13:17 18:11 20:14 23:16 24:5 26:8 30:20 33:20 38:18 40:9 41:9, 21 43:5,22
However 20:9
huge 15:14

**I**

ID 48:6
I'VE 6:25
I-L-E-R-E-A-L-E 27:2
identification 3:17 24:15,18
ill 32:18,19
inaccurate 6:18
income 41:3,10 43:4
independent 41:7
indicating 9:18 23:22
individuals 42:7
information 49:16
injuries 42:13, 22,25 43:3

intended 20:12
interactions 13:14
interfered 23:25 24:5
interfering 47:22
interim 40:16
intern 40:17
internist 29:14
interpretation 32:20

**J**

Jack 4:4 13:23 19:12 21:4,16 22:15,16,18 23:2,3,5,25 36:6 47:21
Jack's 22:24
Jackson 4:2 14:8 19:14
January 19:5 28:7 29:6 35:13, 14 48:13 50:9
Jewish 17:11 33:2,4,6,17,21 34:9,19,22,24 36:10 38:21
job 11:3 27:5
Joe 24:8
Johnson 4:3 16:14
joke 40:3,4
Jonathan 10:9, 17

July 6:5,8 7:8 8:6
jumped 7:15
just 5:25 6:19,21 7:12 15:15,20 17:21 19:23 21:24 27:16 32:15 35:20 38:12 40:5,6 45:16 46:13,24

**K**

keep 35:22 48:4
kicked 29:16 31:6
kind 7:14 27:18 42:9
knew 18:5 19:17,22 28:11, 12,14 33:6 34:13,14,15,18, 24 36:9 47:3,7
know 6:25 7:13 9:16 10:4,10 12:8,10,18,19, 22 16:3 21:8,13 22:5 26:3,6,8, 12,21,23 28:8, 14 30:22 31:17 33:13,16,20,25 34:8,18,21 36:11 40:9 41:21 43:22 48:11
knowing 33:6
knows 21:15

**L**

lack 13:15,17 43:4
Lamont 4:3 16:14
last 4:13,20 5:18 6:2 8:9,12,18 9:8,9,11 19:6
lately 9:19
law 7:17,21 44:6

Lawrence 3:1, 10 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 50:6, 16
lead 17:21
leads 37:3
learn 34:12
learned 34:21
leave 14:18 29:17 33:15 45:16 46:3
Leeds 7:17 44:4
left 33:8,18 38:5 45:14
less 7:2
Let 6:19
Let's 17:8 24:11
letter 9:23,25 10:2,4,5,12,14, 17,18,20 20:20, 21,24 21:3,5,9, 18,22 22:5,8 24:21 30:6 31:25 32:6 46:18,20 47:2,9, 11,15,22 49:12, 15
letters 10:7 23:7
Letting 40:5
license 45:11
life 30:20
like 15:3,19 36:10 46:15
listening 37:8
litigation 46:6

look 15:8,16 31:24 32:3,9
looked 9:19 19:15
looking 14:17 15:5,8,12,21 40:23 41:2 42:10,23
lot 19:24 31:9
Luz 29:15 31:15

**M**

made 9:12 15:7, 22 16:11,23,25 17:2,5,8,11 20:4,25 29:25 30:21 31:12,18 34:17 35:10,11 36:25 46:18 47:20 49:17
mail 9:23 35:17
make 6:17 12:16 14:9,21 15:2,8, 16 16:24 22:13 27:8 29:12 31:3 35:21 47:19
makes 14:23 15:16 17:18 37:8 48:6
making 11:18 13:12 20:2,11
management 13:15,17
manager's 27:6
manner 13:23
March 8:19,20, 22
Maribel 4:2 13:25
mark 24:11
marked 3:17 5:8 24:14,17 25:16 49:23
matter 4:4 46:15
may 7:9 9:13 22:2 41:18





58Index: maybe--overly

**maybe** 19:6
41:13

**Mcdaniel** 45:4,5

**me** 4:7 6:19 7:15
13:15 15:7,8,16
17:6 19:9 21:19,
25 22:3 23:19,
21 27:18 30:4
33:14 37:15
38:7,14 39:15,
24 40:5,6,7,20
45:9,17 47:3,21
50:12,18

**mean** 8:15
10:24 22:22
41:6

**meant** 42:25
47:13

**medication**
4:18,24 5:2
30:15

**medications**
5:4

**meeting** 15:4
17:3 18:3,9,12
19:2,3,21 20:4
27:20 39:9,10
47:23 48:2,5,11

**meetings** 14:17
17:2 19:4 27:19,
23 31:16 37:7,
12,14,19,20,22,
25 38:11 49:18

**member** 13:3

**members** 34:8
37:8

**mental** 42:14

**mentioned**
26:20 42:5
47:23

**mentor** 45:13

**mind** 36:9

**minimum** 29:23

**minority** 18:6

**miss** 7:4

**moment** 25:14

**money** 41:22

---

**more** 27:24

**morning** 3:21,
22 19:11,20

**Mr** 3:20,21 20:25
21:20 22:9,13
24:11 25:13
26:25 31:2,3,13
32:4 34:17
35:21 36:19,25
39:13 46:9
48:14 49:7,18,
19,20

**Ms** 13:9 22:2,7,
11 32:10 36:22
46:7

**much** 18:7
37:14 40:20
41:9,21 43:5,22

**multiple** 23:20
35:24,25

**my** 3:23 7:19
12:21 17:6
19:16 24:7,8,9
25:8 26:17,18
28:12 29:8,14,
19,20,21,23
30:2,4,24 32:20
33:10 35:23
36:9 39:4,18
40:6 42:5 44:12
46:21 47:4,22
50:7,8,10

**myself** 47:8

---

**N**

**name** 3:8,23
5:20 7:21 14:2,
15:21 16:11,15,
21 22:16

**named** 13:25
14:8 16:14,20

**naming** 13:7

**nasty** 14:16

**necessarily**
20:13 47:18

**need** 4:12 7:2

**needed** 45:15

**New** 3:5,14

---

**next** 46:6

**night** 19:19
45:11

**no** 4:14,19,22
7:19 8:6 11:11
12:10 13:5 14:7,
13 15:20 16:3,
13,19 21:12
24:25 25:4
26:13 27:10,23
28:17 30:21
31:14 34:20
35:18 38:22
40:8 41:2 42:15,
18 44:18,24
47:3,7 48:6

**Nobody** 37:15

**non-verbal**
4:11

**none** 12:14
49:24

**nonsense**
48:10

**North** 3:13

**not** 6:24 7:8,10,
19 8:23 10:7
11:13,14,16,18,
20 12:5,12,13
16:5 17:12,13
18:3 19:18
21:19 22:6
23:19,20 24:10
25:9 26:2,7 27:7
29:8 30:2,8
31:16 32:14,18
33:7 34:7,10,11,
13,20 37:14
38:6,8,9,10,18,
22 40:8 42:18
43:8,15 46:22
47:7,16,17

**notary** 3:4 5:22
50:22

**note** 30:8,11

**noted** 48:19

**nothing** 22:24
28:25 48:8

**notice** 3:16 10:9
11:12,24 13:6
25:15 27:25
31:24 38:15,23

---

42:12,20 43:20
49:11

**notified** 9:10

**now** 21:16 22:8
24:16 42:10

**Number** 24:14

---

**O**

**oath** 50:8

**object** 46:8

**objects** 45:24

**obligated** 47:19

**obviously** 6:22,
25 19:13 23:19,
20

**occasions**
23:21

**occur** 37:11

**occurred** 17:24
26:3,12 37:13
48:12

**October** 17:7

**off** 30:24 39:18

**office** 12:11
17:6 23:10,14,
17 24:7 31:6,10,
11 33:9,12
37:11,14,16
39:25 40:10,11
48:4

**office's** 46:23

**official** 40:16
45:12 48:5

**oh** 7:4,5 33:15,
16 46:13

**Okay** 22:9 46:17

**on** 4:23 5:5 6:2,
5,23 7:5,9,16
8:2,5,6,23 9:19
11:12,16,21
12:11 14:4,10
15:14,18 16:17
17:3,21 18:6,12,
13 19:10,11,18,
20:23 20:22
21:7,16 23:11,
20 24:9,24 25:2

---

26:4 27:17
28:13 29:6,9
30:11 34:4
35:16 36:4
38:15,23 39:8
42:23 46:22
47:22 49:16
50:11

**one** 10:8,10
14:14 17:8
22:15 30:23
33:7,12,13 47:3,
7

**operations**
11:6,9 23:13,17
48:3

**opportunity**
46:4,11

**opposed** 8:16

**order** 29:11
43:15

**organized** 26:6

**originally** 45:13

**Orthodox** 19:22

**other** 14:22
16:10 17:21
19:4 21:2 25:23
26:8,14 27:17
33:5,6 37:8
39:12,15,19,23
48:9 49:21

**others** 31:14

**otherwise**
15:20

**out** 7:15 27:21
29:16 31:6 38:8
39:20 40:7
41:24 45:10,16
48:5

**overall** 21:6

**overly** 29:18





**P**

package 15:14
page 5:18 6:2 7:5,16 11:12,21 38:15,23 42:23 47:23 49:6,10
PAGE/LINE 49:14,23
paid 43:21,23
part 13:6 17:13 26:17 43:20
Partly 44:5,6
party 20:14 22:18 25:24 26:3,11,12 27:15,16 39:14
payment 43:11
payroll 31:8
pending 4:14, 15
people 32:15 35:25
people's 42:6
perceived 32:16,18
percent 10:16 12:22 16:5 17:20 18:4 21:14 25:9 26:7 33:7 34:20 43:10,19
perform 8:23 9:3
performing 8:13
period 41:17,19
permission 30:10
person 47:7
personal 25:7,8 35:16
personally 13:11 14:5,11, 20 16:18 47:25

Peruses 6:21
phone 19:7
physical 42:21, 22
pipe 19:9
place 12:12
Plaintiff's 3:15
Plainview 3:13
plan 43:14,16
playing 19:24 20:10
plays 38:18
please 3:8,11 4:7,13 6:20 32:10 36:22 46:16
plus 20:3 43:7,8
point 11:10 18:4 34:12 35:25 36:10
points 6:21
position 8:14 11:15 26:19
practice 41:25 45:14
practitioner 42:14
prescription 4:23 5:2
present 3:11 7:7
pressure 5:3 29:21,24 30:15, 18
pretty 25:4
prevents 4:16
previously 3:3 5:8
private 17:6,24 19:3 35:22 42:3
privately 17:9
probably 18:21 21:17 24:9 25:8, 25 35:13

proceedings 3:18
production 21:21 32:5 49:15
program 43:9
property 8:24
Prospect 19:9
psychiatrists 42:19
public 3:4 5:22 15:22,24 17:2 31:15 35:22 37:12,13,19,20, 22,23 39:10 50:22
publicly 15:6,8
purposefully 48:2
put 13:15,17 39:8,24 40:7
putting 15:12

**Q**

question 4:8,9, 13,14 9:9 45:23
questions 4:6 45:9,18 46:14 47:21 48:15 49:23
quite 33:13

**R**

race 11:25 25:17,18,22 26:16,21 27:9, 12 39:22
Randy 4:3 16:20 19:14,21 20:17 29:16 39:7
re-read 10:14, 21
read 23:7 50:7
realize 17:10
really 18:7

30:25
reason 15:20 28:20
reasons 16:10
received 9:23 11:19 19:7 31:24 41:22
receiving 43:9
recognize 5:11, 13 24:18
record 3:9,12 50:10,11
referring 10:8, 11 18:17
regard 13:16
regarding 27:9 28:16 36:24 44:23 46:2 48:3
Regina 3:25 10:8,12 13:7,8 19:11 22:20 30:6 38:6
religion 12:2 32:24,25 37:5 38:21 39:22
religious 35:24
remember 8:20 9:25 10:2,20 13:2 15:9,25 30:16 31:20 32:2 34:14
replaced 39:24
report 19:19
reporter 3:7 4:11
represent 3:25
representation 44:4
representing 7:22
represents 3:24
reputation 47:16
REQUESTS 49:14

required 37:21
resolve 46:5
respondent 13:7 14:2,3,9,21 16:12,15,16,21 22:17
Respondent's 5:8
respondents 14:15 22:15
Respondent's 7:5
responding 47:17
response 4:12 47:14,19
responses 4:10
responsibility 19:16
responsible 13:10
rest 29:23
retirement 43:9,11,14
returns 42:6
review 6:12,19
rhyme 15:20
right 7:11 8:17 19:2 25:11 36:13 42:10
rile 20:12
riled 18:15
riling 14:22 19:25
RULING 49:23
run 31:7 40:9
running 13:20, 23 22:19,22

**S**

Sabbath 18:12, 14,18 19:18
said 9:25 10:2 18:25 20:17





25:10 29:22
30:4 33:14,15,
16,18 36:10
37:15 47:20

**same** 6:24 29:15

**Saturday** 18:13
19:6,10,23

**saw** 29:21

**say** 8:4 10:16,23
14:24 17:9,25
20:9 23:25
28:15,18 34:11
35:6 38:13,16,
24 42:25 46:9

**saying** 30:8
32:14,15 42:4

**says** 7:5,16
11:21

**scheduled** 29:7

**Scher** 10:10,17

**school** 3:25
5:16 10:25
19:10 29:10
40:15,18 45:10,
12

**second** 5:25 7:4
38:23

**secretaries**
33:12

**see** 22:25 29:11
30:23 47:22

**seems** 24:23

**seen** 42:14

**send** 25:6 35:3,
16

**sending** 35:20

**sense** 15:17
48:6

**sent** 20:20
24:21,25 25:10
34:25 35:12,18,
19 36:12

**SENZER-
GABOR** 22:2,7,
11 32:10 36:22
46:7

**separate** 38:20

**separately** 38:8

**September**
17:4,7 18:3,8
19:2 39:9

**series** 31:8

**server** 35:4

**session** 14:18
15:23,24

**set** 40:2

**Shabbos** 34:2

**she** 13:11,19,21
14:4,5,10,11
27:3,6 31:7
33:16,18 40:8,9
47:16

**Shimon** 17:15
44:10

**short-staffed**
40:21

**shot** 38:12

**should** 11:19
46:4

**show** 5:7 13:24
24:16

**sick** 30:25

**side** 27:17

**signature** 5:19
6:2,3 24:24

**signed** 5:22 6:5,
11,14 10:5
50:18

**since** 31:5 40:24
44:9,12,25

**sir** 3:22 5:11

**sitting** 27:17

**situation** 19:11,
15 20:10

**Sixty** 28:5

**skill** 40:2

**small** 42:8

**Smith** 49:20

**some** 4:5 15:12
21:4 29:11 31:4,
24,25 34:12,14
41:5 45:9,17

**somebody**
23:21 26:19
31:25

**someone** 24:6
33:14 39:25
40:6,7

**sometime** 16:4
17:7 19:5

**sometimes**
14:18 45:24

**sorry** 43:2

**sort** 31:24,25
45:17

**source** 41:3

**Southwick** 3:13

**speak** 47:10

**specific** 12:8
24:4 27:20,23
28:25

**specifically**
15:10

**speculating**
21:16

**speed** 19:21

**spoke** 13:22

**spoken** 44:13,
16

**spot** 13:16,18

**staff** 24:7,8

**stage** 7:3 10:3

**standpoint**
46:23

**stands** 27:21
39:20

**start** 17:8

**started** 8:7
30:15 34:6,7
35:20 39:2

**state** 3:4,8,11
12:6 43:11

**stated** 25:16

**statement**
12:25

**statements**
31:12 47:20

**stay** 40:20

**step** 46:6

**still** 38:6

**stir** 15:5

**Stith** 4:3 16:20
19:14,22 20:17,
25 29:17 30:2,
22 31:3,13
34:17 35:21
37:2 39:7,13
49:18

**stop** 4:7

**strictly** 47:4

**stupid** 15:16

**submitted** 30:5,
6,11

**subscribed**
50:18

**Subsequent**
21:13

**substance**
35:7,8

**substantive**
13:22

**such** 4:17

**suffered** 42:21
43:2,21

**sum** 35:6,8

**Sunday** 17:4
18:12 19:20

**superintendent**
11:6,8 12:14
13:9,19 17:3
18:11,22 19:17,
22 22:21,25
36:5 38:4 40:19

**superintendent
s** 12:13,15 17:12
38:7

**support** 44:22
45:17

**supposed** 48:8

**sure** 7:8,10
10:7,15 12:18
21:15,16 25:4,9
27:7 28:12
31:16 33:7

**sustained**
42:13

**sworn** 3:4

T

**table** 27:17

**take** 4:11,12
15:19 29:10
30:15 32:3 40:7
41:14 46:5

**taken** 41:24
50:8

**taking** 30:24

**talk** 24:7

**talked** 11:13
24:8 39:13
44:11

**talking** 17:10,15
18:11,8,20
23:18 34:3
37:18

**Tand** 7:23 44:6

**tax** 15:13 42:6

**taxes** 41:24

**teacher** 29:16

**technically**
7:10 22:21

**telephone**
45:21

**tell** 4:17 5:5
10:15 21:14
34:15 37:24
39:15 45:25
46:4

**tenure** 6:23 7:2
11:16,19

**tenured** 6:22
11:14,16

**term** 8:11

**terminated** 7:9
9:7 10:13,19
11:22 22:4
28:21 44:9





**termination**
9:17 11:23
26:17 40:25
44:12,25

**testified** 3:5

**testimony** 50:8.
11

**text** 25:3

**than** 7:2 14:22
27:24 33:5,6
39:12,23

**thank** 22:9

**That's** 18:13
42:4

**them** 18:15 20:2
34:14 35:16

**then** 4:14 17:5
19:8 25:5 35:25

**there** 4:14,16
6:2 7:2 10:6
15:19 16:10
19:4,10,12,13,
24 27:20 29:25
31:9 33:11
36:25 38:4
39:15,19 40:6
41:23 45:14,25
46:25 47:24
48:7

**there's** 4:6

**they** 7:19 18:13
20:7 26:18
31:14 32:18
34:12 35:18
38:13 39:23,24
40:5 44:20 48:4

**thing** 6:24 40:3

**things** 21:2 23:5
24:8,9

**think** 5:6 8:19
10:9 11:8 17:4
20:22 27:23
31:4,23,24 36:4,
5 39:16,17

**thinking** 16:4

**Thirty** 40:14

**those** 5:4 7:13,
14 14:24 16:2,
22 17:18,23

31:12,17 35:12
36:8,15,20
37:21 39:18

**though** 22:20

**thought** 14:16
21:6

**thoughts** 21:4

**thousand** 41:13

**threat** 20:14

**threats** 35:10

**three** 37:3 48:7

**threw** 21:5

**through** 7:12
45:13,21

**time** 4:13 6:14,
18 8:12,18
11:20 17:11,20
18:4 21:10 23:3,
19,20 28:3
29:11 30:24
31:4 34:3,10,11
40:19 41:17
48:19

**times** 41:23
44:12

**Timothy** 19:7,
13

**title** 11:3

**To-date** 43:24

**today** 4:6,17 5:5

**today's** 5:9

**together** 27:18,
22

**told** 8:25 9:21
12:11,24 19:9
26:10 30:4
33:23,25 45:15
46:25 47:17

**too** 7:8 21:5 27:7
34:13 36:2
38:18

**took** 43:18

**top** 39:18

**totally** 33:10

**Toure** 4:2 13:25

**towards** 18:21
42:23

**track** 6:23 11:17

**traditional**
43:9,13,16

**transcript** 50:7,
9

**treasurer** 31:7
45:6

**treated** 27:11
38:9,10

**tried** 15:16

**true** 50:10,12

**truth** 4:17 5:5

**truthful** 6:15

**trying** 18:15
23:3,6 45:10
48:4

**Tuesday** 8:7

**turmoil** 31:9

**two** 7:13,14
29:7,13 48:7

**type** 44:19 45:7

**typed** 5:20

**types** 23:5

**U**

**uncomfortable**
20:2 37:10

**uncontrolled(**
**sic)** 29:24

**under** 43:13
50:8

**understand** 4:7
10:24 48:6

**understood** 4:9

**unemployment**
41:15,22

**Union** 3:24
10:25

**unions** 13:4

**unlawful** 7:5
38:24

**until** 30:9 33:7

**up** 15:5 17:22,23
18:10,16 19:20
20:2,12

**upon** 11:25
25:17,21 26:15,
18 28:2,19,23
29:3 32:24 36:8
37:4 38:17 44:3

**using** 27:13

**V**

**V-** 26:25

**Valentin** 29:15
31:6

**values** 15:18

**verbal** 4:10

**verbally** 44:20,
21 45:19,20

**very** 13:15 14:23
20:2,4 37:9 39:5

**vesting** 43:17

**viewed** 20:14

**Villereale** 26:23
40:2

**violated** 12:9

**violation** 12:6

**W**

**want** 7:12 22:8
26:19 35:21
40:5 45:16,25
48:10

**wanted** 17:14
19:19 35:22

**wanting** 30:2

**Waronker**
17:16 18:19,23,
24 20:8,9 23:2
33:5,20 38:5
44:10

**Washington's**
29:9

**wasn't** 17:20
29:17 30:3,25

31:11 47:18
48:9

**way** 24:23 44:23

**week** 29:9,23
31:4,5,10

**well** 18:14 17:25
23:18 39:23
43:6 44:7

**went** 19:10
23:11 24:9
29:14,20

**were** 7:13,14,24
8:5,12 9:3,4,21
10:6,13,18 11:4,
14,21 12:17,20
13:3,12 15:5,8,
12,22 17:19,23
18:17,18 19:4,
24 20:6,7 22:4
23:2 24:9 25:16,
21 26:9,15
27:11,21 28:2,4,
19,23 29:2,25
31:12,14,17
32:19,23 33:4,
16,21 34:9,19,
22 35:12,18
36:25 37:2,21
38:9,11,13,16
39:21 41:24
44:19 48:4,8

**weren't** 43:13

**what** 5:2,7,13
7:21,24 8:9 9:6,
8,25 10:2,7
11:3,22 12:8
13:8,21 15:2,13
16:24 17:9,18,
23 18:8 20:16,
21 21:3,6,7
22:22,25 23:5
24:16 25:17,20
26:21 27:5 28:3,
6,18 29:5 31:5,
21 32:21,24
33:25 34:16
35:6 39:2 40:4,
12 41:17 42:4,9
44:19 45:7
46:18,21 47:17

**whatever** 32:6
48:10

**when** 8:4,12 9:9,





11,16 10:22,23
11:4 15:3 17:6
18:17 20:10
26:3 29:20
30:14,24 31:2,
16 32:19 34:11,
13,15,17,23
35:12 36:11
38:4 42:4 45:14
46:18 48:11

**where** 18:5
26:12 27:21
28:22 33:15
34:24

**whereupon**
3:15 24:13

**whether** 6:23
12:19

**which** 7:8 8:19
10:10 18:12
19:23 25:15
29:9 30:3,22
31:10 33:8,13
43:7,19

**while** 9:4 12:17
13:12

**white** 25:19,25
26:19,22 27:3

**who** 3:24 10:4,5
12:24 19:8,22
20:19 21:15
23:23 26:6,19
28:11 31:7,17
33:3,14 34:13,
15 36:3 38:3
40:2 45:5

**whole** 31:8 37:6
40:3

**why** 9:21 10:13,
18 14:2,9,15
15:19 16:15,21
18:13 22:16
26:14 33:18
43:13 46:4
47:25

**wished** 34:2

**with** 10:16,23
12:4,5 14:25
15:11 17:8,25
21:7,19,25 22:3
23:8,9,10,16
24:2 34:5,20

39:13 40:6,7
42:16 44:10
45:2,8 46:5,21
47:5,23 49:16

**within** 23:6 47:6

**without** 22:24
45:16

**WITNESS** 21:23
32:8,12 36:21
49:6

**Word** 25:5

**words** 17:19

**work** 8:11 9:3
20:4 24:2 29:22
30:3,5 37:9,10
40:23 42:8
43:18

**worked** 8:10
40:15,16,24

**working** 8:16
45:14

**would** 5:4,18,25
6:17 8:8 9:14
10:14,21 14:24
15:14 16:3,7
18:23 19:20
21:15 23:25
30:21,23 31:19,
21,23 32:7,8
35:14 46:15
47:25

**write** 6:8 38:19
46:18 47:2,8

**writing** 32:11
36:23

**written** 10:5
47:10

**wrong** 7:11
15:15 21:7

**wrongful** 11:22

**wrongfully**
11:22

**wrote** 21:8
23:11 25:4
46:19 47:6,9

**Y**

**yarmulke** 33:9,

19

**year** 40:17 43:6

**years** 7:2 40:14
43:16,18 48:7

**yes** 4:25 5:12,21
8:17 9:15 11:2
13:16 17:17
19:3 21:2,11
23:15 24:3
25:12 26:24
27:16 28:10
30:13,19 31:16
32:8,13,17,22
33:24 34:23
35:2,5,15 36:10,
14,16 37:20,23
38:2 39:11 41:8,
16 43:25 45:22

**yet** 6:23 39:24

**York** 3:5,14

**you're** 20:10

**your** 3:8,11 4:10
5:5,19,20 6:3
7:18 8:13 9:7,17
10:22 11:3,12,
14,23 18:13,14
24:2 25:7,17,18,
22 26:15 27:9,
12,25 28:3,6,8,
11,16,19,23
29:3 30:20
32:24,25 34:4
35:16 36:12,24
37:4 38:17,21,
23 39:13 40:24
41:9,12 42:12,
20 43:20 44:3,
13,25 46:3,6



